UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
F I L E D

AUG 1 5 2025

Nathan Ochsner, Clerk of Court

STEPHEN HOWARD,

        Plaintiff,

vs.

EXPERIAN INFORMATION SERVICES, LLC (s),

        Defendant(s)

Case No.:

**4:25-cv-3875**

JURY TRIAL DEMANDED

## COMPLAINT AND DEMAND FOR JURY TRIAL

Stephen Howard, as the Plaintiff as for his Complaint respectfully alleges as follows:

### I. INTRODUCTION

1.  This is an action for actual and statutory damages brought by Plaintiff STEPHEN HOWARD, an individual consumer, against Defendant, EXPERIAN INFORMATION SERVICES, LLC ("Experian") for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., which requires consumer reporting agencies to adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information.

### II. JURISDICTION AND VENUE

2.  Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331. Venue in this District is proper in that Defendant transacts business in Houston, Harris County, Texas, and the conduct complained of occurred in Houston, Texas.

### III. PARTIES

3.  Plaintiff, STEPHEN HOWARD (hereinafter "Mr. Howard"), is a natural person residing in Harris County, Texas. Mr. Howard is a consumer as defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681a(c).

4.  Upon information and belief, Defendant, Experian, is a Georgia limited liability company with its principal place of business located at 1550 Peachtree St. NW, Atlanta, GA 30309.

5.  Upon information and belief, Defendant, Experian, is a consumer reporting agency that compiles and maintains files of consumers on a nationwide bases as defined by 15 U.S.C. § 1681a(d) and engaged in the business of assembling and evaluating consumer credit information and other information on consumers for the purpose of furnishing consumer reports to third parties, as defined by 15 U.S.C. § 1681a(p).

## IV. FACTS OF THE COMPLAINT

6.  Defendant, Experian, is a "consumer reporting agency" as defined by the FCRA, 15 U.S.C. § 1681a(f).

7.  On or about February 29, 2024, the Plaintiff, Mr. Howard, identified that Experian was reporting multiple accounts from different furnishers that he disputed as inaccurate and incomplete.

8.  On or about February 29, 2024, Mr. Howard sent a written dispute to Experian pursuant to 15 U.S.C. § 1681i(a)(1), notifying them of the inaccuracies and requesting that the information be investigated and corrected or removed from his credit report.

9.  On or about March 5, 2024, Experian completed its investigation and returned results stating that all accounts had been verified as accurate.

10. On or about April 12, 2024, the Plaintiff received a letter from the United States Southern District Bankruptcy Court stating that the Bankruptcy Court does not report information to or remove information from the credit bureaus.

11. On or about May 29, 2024, the Plaintiff again disputed the inaccurate accounts with Experian and submitted the letter from the Bankruptcy Court as supporting evidence.

12. On or about June 1, 2024, Experian returned the results of this second investigation, again stating that each disputed account was verified as accurate. Experian failed to acknowledge the letter from the Bankruptcy Court.

13. Experian's failure to conduct a reasonable reinvestigation and to consider the Bankruptcy Court letter as required under 15 U.S.C. § 1681i(a)(1)–(4) supports a violation of the FCRA's reinvestigation and maximum accuracy requirements.

14. Experian obtains public record information through a third-party vendor, LexisNexis.

15. On or about December 18, 2024, Mr. Howard filed a dispute directly with LexisNexis, disputing the inaccurate bankruptcy record being reported on his credit report.

16. On or about December 17, 2024, the Plaintiff filed a complaint with the Consumer Financial Protection Bureau ("CFPB") against Experian, identifying numerous reporting discrepancies on his accounts compared to other credit reporting agencies, and describing Experian's violations of the FCRA, including failing to properly investigate and reporting inaccurate account information.

17. Mr. Howard's CFPB complaint included a copy of the Bankruptcy Court letter, a copy of his identification, and a utility bill for identity verification purposes.

18. On or about December 20, 2024, the Plaintiff again filed another written dispute with Experian, notifying them of the inaccuracies and requesting that the information be investigated and corrected or removed from his credit report.

19. On or about December 24, 2024, Experian completed its investigation and again returned results stating that the accounts had been verified.

20. On or about January 2, 2025, LexisNexis completed its investigation and stated that the bankruptcy information being reported was unverified and that the disputed data would be removed from Mr. Howard's file.

21. On or about January 2, 2025, LexisNexis identified that it had disputed the information associated with Mr. Howard's Experian account as of December 18, 2024.

22. Despite these findings, Defendant Experian continued to report the inaccurate and outdated information, damaging Mr. Howard's creditworthiness and causing him actual damages, including but not limited to emotional distress, loss of credit opportunities, and increased costs for credit.

23. On or about January 23, 2025, EXPERIAN closed Mr. Howard's CFPB complaint, stating that they needed to verify his identity before they could assist him. However, Experian failed to review the complaint properly and improperly closed it, despite Mr. Howard having already submitted the required identification and utility documentation.

24. On or about May 28, 2025, Mr. Howard again identified that Experian was still reporting the same accounts from different furnishers, and again disputed them as inaccurate and incomplete.

    a. Chapter 13 Bankruptcy: Reference # 2430453-DSP-05/24-VER-12/24

    b. Chapter 13 Bankruptcy: Reference # 2531838CML

    c. AUSTINCAPBK: Account Number: 8A1819****

    d. EMVLP II LLC: Account Number: 85512249710****

    e. BRCLYSBANKDE: Account Number: 00032200146****

25. Defendant Experian continued to report the inaccurate and outdated information, damaging Mr. Howard's creditworthiness and causing him actual damages, including but not limited to emotional distress, loss of credit opportunities, and increased costs for credit.

### V. CLAIMS FOR RELIEF

26. Mr. Howard re-alleges and reincorporates all previous paragraphs as if fully set out herein.

27. The Defendant Experian violated the FCRA.

28. The Defendant's violations include, but are not limited to, the following:

   a. **Violation of 15 U.S.C. § 1681i(a) — Failure to Conduct a Reasonable Reinvestigation**

   Experian failed to conduct reasonable reinvestigations of Mr. Howard's disputes, as required by the FCRA, even after multiple disputes and supporting documentation were provided.

   b. **Violation of 15 U.S.C. § 1681e(b) — Failure to Assure Maximum Possible Accuracy**

   Experian failed to ensure the maximum possible accuracy of Mr. Howard's credit report by continuing to report inaccurate and incomplete information, despite receiving disputes and verified documentation.

   c. **Violation of 15 U.S.C. § 1681c — Improper Reporting of Outdated or Inaccurate Public Record Information**

   Experian improperly continued to report inaccurate and unverified public record information (bankruptcy record), even after LexisNexis, the source of that information, removed it as unverified.

29. As a result of the above violations of the FCRA, Defendant is liable to Mr. Howard for actual damages, statutory damages, and costs.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Mr. Howard, respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant Experian for:

A. Judgment for the violations of the FCRA;

B. Actual damages pursuant to 15 U.S.C. § 1681n(a)(1)(A) or 15 U.S.C. § 1681o(a)(1);

C. Statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A);

D. Costs pursuant to 15 U.S.C. § 1681n(a)(3); and

E. Such other and further relief as the Court may deem just and proper.


Respectfully submitted,


Stephen Howard
Email stbhow@gmail.com
Telephone No. (713) 828-9900

Prepared For

**Personal & Confidential**

**Date Generated**  Mar 22, 2024
**Report Number**  0115-4054-47

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

**US BKPT CT TX HOUSTON**

Public Record • REF # 243045....

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.



Remains

**713-282-9900**

Telephone number - Pager
This item was removed from your credit report. Please review your report for the details.



Deleted

**713-440-8399**

Telephone number - Residential
This item was removed from your credit report. Please review your report for the details.

Deleted

**CEASE DESIST , HOUSTON TX 77008**

Address
Information on this item has been updated as shown above.

Updated

**After your dispute**

**Before your dispute**

CEASE DESIST , HOUSTON TX 77008

CEASE DESIST , HOUSTON TX 77008

---

**CRA INTERNATIONAL**

Employer
This item was removed from your credit report. Please review your report for the details.

Deleted

**If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.**

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.



# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208

(713) 250-5500
www.txs.uscourts.gov

Case No.:

April 10, 2024

To: Stephen Bernard Howard
    1812 W 25th
    Houston, TX 77008

    Our office received your letter regarding information reported on your credit files. The credit bureaus obtained this information independently. The United States Bankruptcy Court does not report information to or remove information from the credit bureaus.

    Please call our office if you need additional help.

Sincerely,
Nathan Ochsner, Clerk of Court

D. Hansen
Deputy Clerk

60203007191010

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE, $300
CONTAINS NOTICE of a PROCEEDING
In the
UNITED STATES BANKRUPTCY COURT



 An official website of the United States Government

 **Consumer Financial Protection Bureau**
(https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 240531-14671057

**CLOSED**

✓ Submitted

## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 5/30/2024 | Credit reporting or other personal consumer reports | Problem with a company's investigation into an existing problem |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

Experian has seriously violated my rights under the FCRA. Public records information is never validated by the Recorder of Deeds nor the U.S. Court system due to the Fair Credit Reporting Agency Privacy Law. Experian lied and did not validate or verify the public record entries on my credit report, constituting a violation of 15 USC 1681e(b), which requires credit reporting agencies to follow reasonable procedures to ensure maximum possible accuracy of the information reported. It has come to my attention that Experian has employed a third-party to report and allegedly verify the bankruptcy record associated with my file. This practice raises significant legal and accuracy concerns under the FCRA. The bankruptcy record reported on my credit report was disputed on February 29, 2024, yet Experian responded on March 4, 2024, stating that the record had been "verified". Not only did this verification fail to involve the original creditor, as LexisNexis is not the original creditor, but it also involved an incorrect court address, which does not correspond to any court where the alleged bankruptcy could have been filed, nor

associated with record it is reporting. Furthermore, 15 USC 1681i(a) requires Experian to conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate. Relying on third-party data vendors such as LexisNexis, which do not directly obtain information from the original sources (i.e., the courts), does not satisfy this requirement. This procedural failure has led to incorrect data being reported on my credit profile, which constitutes a misrepresentation of my financial history and a direct infringement on my consumer rights. The reliance on third party to furnish and verify bankruptcy information, where third party is neither an original creditor nor a direct witness to the alleged bankruptcy, is improper and unauthorized under 15 USC 1681s-2(a). This section stipulates those furnishers of information, like Experian, must ensure the accuracy and integrity of the data they report to consumer reporting agencies. Moreover, it is illegal and a violation of my consumer rights for a third party, rather than the original creditor, to be used to obtain and report information on my consumer report. To further support Experian lies and manipulation, in the attached letter from the Clerk of Court for the U.S. Southern District Bankruptcy Court, where the alleged bankruptcy was filed states that "the court never reports bankruptcies, nor confirms a bankruptcy filing." This demonstrates that Experian intentionally provided false information and attempted to deceive me, violating 15 USC 1681i(a), which mandates that consumer reporting agencies must reinvestigate disputed information and verify its accuracy. Per 15 USC 1681c(a), bankruptcy information is excluded from the consumer's report. Experian's fraudulent activity and continuous violations are causing me significant harm, preventing me from receiving credit to support and sustain my family. Furthermore, for the past two years I have disputed 3 other accounts on multiple occasions that Experian has alleged stated were verified. With those disputes I sent letters outlining the violations and discrepancies of the accounts reported, FTC reports, and police reports verifying the fraudulent accounts, yet Experian continued to report these accounts which they allegedly verified. As result, of being caught lying about verifying this alleged bankruptcy this further supports the fact that Experian has never truly investigated and verify any of these disputed accounts on my credit report. These actions are a clear violation of my rights. As result of these actions I have been denied credit for multiple loans and credit cards, refinance on my house and lost employment. I demand the immediate and permanent deletion of the bankruptcy information and all other disputed accounts currently associated with my social security number from my credit report. Additionally, I demand some monetary relief for the false claims and the significant losses I have suffered as a result of your actions. I will make a complaint the Consumer Financial Protection Bureau now as result of this today. If this unauthorized public record information and disputed accounts are not removed within the next 15 days, I will file a complaint with the Federal Trade Commission and file a small claims action against your company.

**ATTACHMENTS**

| Experian Dispute.pdf (1.4 MB) | FTC and Police Report.pdf (2.4 MB) | SHOWARD ID.pdf (4.2 MB) | Experian Aff ii.pdf (9.4 MB) | Clerk of Court Letter.pdf (180.9 KB) | evelope.pdf (240.6 KB) |
|---|---|---|---|---|---|

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 5/30/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company still working

**STATUS**

Company response is in progress as of 6/13/2024

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

Thank you for submitting your complaint on May 30, 2024, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We have reviewed and considered the information you have supplied through the CFPB portal and directly to Experian. At your request to begin a reinvestigation, we are in the process of contacting the data furnisher(s) or public record vendor to verify the accuracy of the

information with which you disagree. Please note that an
investigation may take up to 30 days. Upon completion, the result
summary will be provided directly to you for review. For additional
assistance, you may call the toll-free telephone number provided on
your personal credit report obtained directly from Experian, or write
to Experian at P.O. Box 9701, Allen, TX 75013. For more information
regarding your credit and frequently asked questions, you may visit:
http://www.experian.com/blogs/ask-experian. Please note that you
may also submit your request or documents supporting your claim
electronically at www.experian.com/upload. You may also visit
Experian's dispute center by visiting www.experian.com/dispute.
Thank you for submitting your dispute through the CFPB Complaint
Portal. It is our policy to respond to consumer complaints swiftly and
to take each complaint seriously. We appreciate you letting us know
about your experiences with Experian.

## Company
## responded

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 7/29/2024 | Closed with explanation |

## Company's Response

Thank you for submitting your dispute on May 30, 2024, through the
CFPB Complaint Portal. We appreciate consumers who take the
time to let us know about their experiences with our company. We
have reviewed and considered the information you have supplied
through the CFPB portal and directly to Experian. In your dispute
you indicate that there are items resulting from identity theft on your
credit report. You are requesting these items be removed.  Per your
request to conduct a reinvestigation, we contacted the data
furnisher(s) / public record vendor(s) for the disputed items on your
Experian credit report and asked them to verify the accuracy of the
information with which you disagree. They responded and verified
that the remaining disputed information was accurate as reported.
Other aspects of the disputed item may have also been updated by
the data furnisher. The result summary was sent to you for review on
June 24, 2024. According to the Fair Credit Reporting Act, our role
in the dispute process is to review the accuracy and completeness
of any disputed item which may include contacting the furnisher of
the information or the vendor that collected the information from a
public record source and notifying them of the dispute and
disclosing all relevant information regarding your dispute. When we
contact the furnisher or vendor, we ask that they verify all of the
information regarding the item you disputed and report back within
30 days of the date that we received your request (21 days for
Maine residents). To help resolve the dispute, we will review all

relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue. We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information and send you the results. In some instances, we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess. If you disagree with the results of the reinvestigations, it is your legal right, under the FCRA, to add a 100-word statement specifying the nature of your dispute. The consumer statement will appear on your credit report and be viewable upon inquiry. If you would like our assistance in providing a concise statement, please contact us directly at the telephone number or address provided on your personal credit report and we would be happy to assist you. You may refer to the credit report that you received for the name, phone number (if available) and address of the data furnisher who verified that information. Please note that accurate information cannot be deleted. Potentially negative items, such as missed or late payments, remains on the personal credit report for seven years from the date of the original missed payment. Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experian's dispute center by visiting www.experian.com/dispute. For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian. Thank you for submitting your dispute through the CFPB Complaint Portal. It is our policy to respond to consumer complaints swiftly and to take each complaint seriously. We appreciate you letting us know about your experiences with Experian.

## Feedback requested

**STATUS**

Feedback requested on 7/29/2024

**FEEDBACK DUE**

9/27/2024

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

 ## Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

 An official website of the United States Government

Prepared For

**Personal & Confidential**

**Date Generated**  Jun 24, 2024
**Report Number**  2026-3674-15

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

**US BKPT CT TX HOUSTON**

Public Record • REF # 243045....

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.



Remains

**CONN APPLIANCES INC**

Account • 58504XXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.



Verified and Updated

**BARCLAYS BANK DELAWARE**

Account • 000322XXXXXXXXX

Verified and Updated

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

**NAVY FEDERAL CR UNION**

Inquiry Date: 12/11/2023

This item was removed from your credit report.



Deleted

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you have a right to also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Action Required

**CONN APPLIANCES INC**
58504....

IF ACCOUNT WAS OPENED AS A RESULT OF IDENTITY THEFT, THE CREDIT GRANTOR MAY NOT KNOW HOW TO CONTACT YOU TO DISCUSS THIS MATTER. THE CREDIT GRANTOR REQUESTS THAT YOU CONTACT THEM DIRECTLY

---

**BARCLAYS BANK DELAWARE**
00032200146....

IF ACCOUNT WAS OPENED AS A RESULT OF IDENTITY THEFT, THE CREDIT GRANTOR MAY NOT KNOW HOW TO CONTACT YOU TO DISCUSS THIS MATTER. THE CREDIT GRANTOR REQUESTS THAT YOU CONTACT THEM DIRECTLY

---

**US BKPT CT TX HOUSTON**
243045....

IF ACCOUNT WAS OPENED AS A RESULT OF IDENTITY THEFT, THE CREDIT GRANTOR MAY NOT KNOW HOW TO CONTACT YOU TO DISCUSS THIS MATTER. THE CREDIT GRANTOR REQUESTS THAT YOU CONTACT THEM DIRECTLY

---

## Messages from Your Experian Specialist

DISPUTED ITEM NOT LISTED ON CREDIT REPORT

## Notices

Prepared For

**Personal & Confidential**

**Date Generated** Nov 6, 2024
**Report Number** 3266-8503-02

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

**US BKPT CT TX HOUSTON**

Public Record · REF # 243045....

The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.

Remains

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

PO Box 9701
Allen, TX 75013



0007846    01 AB 0.593 **AUTO  T3 1 7259 77008-143112    -C01-P07853-I
STEPHEN BERNARD HOWARD
1812 W 25TH ST
HOUSTON TX 77008-1431



# Your Dispute Results

### Report # **3266-8503-02** for **Nov 06, 2024**



# Hi, Stephen Bernard. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

# How to Read Your Results

Deleted - This item was removed from your credit report. Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Updated (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. Processed - This item was either updated or deleted; Please review your report for the details. Verified and Updated - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

## Here are your results

## Public records

**US BKPT CT TX HOUSTON** 243045.... Outcome: Remains - **The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Please review your report for the details.**

# Before Dispute

**Dispute Results** (Continued)

## US BKPT CT TX HOUSTON No phone # available

| Identification number | Address ID # | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 2430453CML | 0856025062 | May 2024 | Feb 2024 | Individual | Chapter 13 bankruptcy dismissed. This item is scheduled to continue on record until Feb 2031. |
| | | | | | This item remained unchanged from our processing of your dispute in Jun 2024. |



If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

# ⚠ Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

## BANKRUPTCIES

This section only includes bankruptcies. Chapters 7, 11, and 12 bankruptcies may remain on the credit report for up to 10 years.

This section includes public record items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com/

> ⚠ Bankruptcies on your credit report may have a negative impact on your credit score.

## US BKPT CT TX HOUSTON 515 RUSK AVENUE HOUSTON TX  77002; (713) 250 5500

| Identification number | Address ID # | Date resolved | Date filed | Responsibility | Status |
|---|---|---|---|---|---|
| 2430453CML | 0856025062 | May 2024 | Feb 2024 | Individual | Chapter 13 bankruptcy dismissed. This item is scheduled to continue on record until Feb 2031. |
| | | | | | This item remained unchanged from our processing of your dispute in Nov 2024. |

December 18, 2024

Stephen Howard
1812 W 25th
Houston, TX 77008
stbhow@gmail.com
DOB 01/15/1976

Experian
475 Anton Blvd
Costa Mesa, CA 92626

RE: Violations of FCRA @@@@@####!!!!!!&&&$$$$

Experian has repeated and willful violations of my rights under the Fair Credit Reporting Act.
Experian has failed to comply with their legal obligations under the FCRA, resulting in
substantial inaccuracies and misreporting on my consumer credit report.

The supporting documentation attached highlights the discrepancies in account details across
all the credit agencies which bring into question how Experian can be accurately reporting
information.

Further it brings into question how these account were accurately and truthfully verified and with
statements of verification of disputed accounts as stating either verified as accurate, verified as
being my account and that the company reporting the account verified as it being accurately
reported even though the attached supporting documentation from federal court which the
alleged bankruptcy that is listed on the report, who is the original creditor states  that the courts
do not report or verify account information. If this is true, as the original creditor, how this even
be reported, credit profile. All violations of my rights, resulting in defamation of my character.

Violations of the FCRA:

1. Failure to Assure Maximum Possible Accuracy (15 U.S.C. § 1681e(b)). Experian is obligated
to follow reasonable procedures to ensure the maximum possible accuracy of the information
they report. However, my credit report contains multiple discrepancies (see attached), including:
- Conflicting balances, high credit amounts, and statuses for the same accounts.
- Inconsistent last reported, last active, and last payment dates.
- Accounts marked as "charged off" but still reflecting balances.
-Inconsistent and varying payment history by month.
These inaccuracies indicate that Experian failed to implement and maintain reasonable
verification procedures.

2. Failure to Investigate and Correct Inaccuracies in Disputes (15 U.S.C. § 1681i) o Under §
1681i, Experian must conduct a reasonable reinvestigation when a consumer disputes the
accuracy of information. Despite my multiple disputes regarding the inaccurate accounts and a
bankruptcy entry, Experian continued to report the information as verified without providing any
documentation to substantiate their claims, in addition to information related to investigation as
who was interviewed from the creditor, what documentation was reviewed, etc. Beyond the

standard investigative procedures nothing was provided by Experian and based on my certified request it cannot be denied that this request was issued.

3. Improper Reporting and Verification of Bankruptcy Information (15 U.S.C. § 1681e(b) & § 1681c). The bankruptcy reported on my credit file was verified by Experian as "the company that reported the information has certified to Experian that the account is accurate" more than once. However, correspondence from the U.S. Bankruptcy Court for the Southern District confirms that the court does not verify or report consumer information. This indicates that the CRAs either falsified the verification process or failed to properly verify the information as required under § 1681e(b).

Furthermore, bankruptcy information must be reported accurately and only within permissible time frames, as stated in § 1681c.

4. Failure to Verify Information Directly with the Original Creditor (15 U.S.C. § 1681s-2(a)). According to § 1681s-2(a), the responsibility for furnishing accurate information lies with the original creditors. The CRAs, however, have not provided any evidence that the disputed accounts were verified with the original creditors. This constitutes a failure to ensure compliance with the requirements of § 1681e(b).

**Requested Resolution**

As a result of these violations, I demand the **immediate and permanent removal of all disputed and inaccurate accounts from my credit file**, within 10 days after being received, including:

1. All accounts reflecting discrepancies in balances, dates, payment history and account statuses.
2. The improperly reported bankruptcy entry.

Accounts to Delete

- EMVLP II LLC – Account # 85512249710
- BRCLYSBANKDE – Account # 00032200146
- CONNS – Account # 585504
- Bankruptcy - US Bankruptcy Court – Reference 2430453

Account to be updated to paid in full no late

- Austin Capital Bank – Account # 8A1819

Additionally, I request:

- Written confirmation of the permanent deletion of these accounts.

**Notification of Legal Action**

The CRAs' repeated violations of the FCRA have caused significant financial and emotional harm, as well as damage to my creditworthiness. Due to their non-compliance, I will file a lawsuit seeking remedies for their negligent and willful violations of federal law.

I urge the CFPB to take immediate action to enforce the CRAs' compliance with the FCRA and ensure that corrective measures are implemented to prevent future violations.

Best Regards,

Stephen Howard

# LexisNexis®

LexisNexis® Consumer Center

Consumer Number: 7867854

Case Number: 22262414 (+2)

January 02, 2025

STEPHEN BERNARD HOWARD
1812 W 25TH ST
HOUSTON, TX 77008



Dear STEPHEN BERNARD HOWARD,

RE: Results of Reinvestigation

*Please be advised that you may receive multiple communications if you disputed multiple items in your LexisNexis file.*

Thank you for your recent contact to LexisNexis® Risk Solutions Group (LexisNexis) regarding information associated to your file. Any changes to data within your file are made in the compliance with and applied to "consumer reports" as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.), generated by LexisNexis only.

As a general rule, LexisNexis reviews all relevant information provided by a consumer regarding disputed items in their file. If the consumer provides source-based evidence proving their position, LexisNexis will update the file with the new information provided.

LexisNexis has completed a reinvestigation and findings are reported below.

## Reason for Contact

**Case Number:** 22262414,22262394,22262404

**Case Type:** Dispute

**Dispute Statement:** Consumer requests that data in the record(s) be corrected.

## Result(s) of Reinvestigation

We have reviewed the information from our Identification Records and determined the data being reported as unverifiable. The data in question has been removed and our files have been updated after research conducted with the following source:LexisNexis Consumer Center P.O. Box 105108 Atlanta, GA 30348-5108

We have reviewed the information from our Bankruptcy Records and determined the data being reported as unverifiable. The data in question has been removed and our files have been updated after research conducted with the following source:PACER Service Center PO Box 780549 San Antonio, TX 78278 800-676-6856

Based on your state of residency -- you have the additional state specific rights:

Under Texas law Business and Commerce Code section 20.0, you have the right to file an action in court or arbitrate disputes after following all dispute procedures in section 20.06.

For your review, a current copy of your file has been generated to include the most up to date data. In order to access your LexisNexis Consumer Disclosure Report, please use this onetime URL, which will expire in 30 days.

https://consumer.risk.lexisnexis.com/files/NVW9T1D

You will be asked to enter the following PIN, once you access the URL

**S9YP96H**    *If prompted to enter password after entering the PIN, please re-enter the PIN.*

In accordance with the Fair Credit Reporting Act you have the right to:

- Request a description of the procedure used to determine the accuracy and completeness of disputed information, including the business name and address, and telephone number if reasonably available, of any furnisher of information contacted.
- Add a statement to your file disputing the accuracy or completeness of information. The statement will remain on file and will be furnished to recipients of the file as long as the disputed information is still used.
- Request that LexisNexis furnish notification of the deletion of disputed information, a consumer statement, or revised report to any person specifically designated by you who has received a LexisNexis consumer report for employment purposes within the past two years, or received a LexisNexis consumer report for any other purpose in the past six months (twelve months for residents of California, Colorado, Maryland, New Jersey, and New York).

Thank you for allowing us the opportunity to assist you. Please visit us at https://consumer.risk.lexisnexis.com to learn more about the personal information LexisNexis Risk Solutions maintains about you in accordance with the Fair Credit Reporting Act.

LexisNexis Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108

**<u>Further Information</u>**

If you have any further questions, you may contact the LexisNexis Risk Solutions Consumer Center via email at <u>consumer.documents@LexisNexis.com</u> or by phone at 888-497-0011. The LexisNexis Risk Solutions Consumer Center's hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern Time. In an effort to protect your privacy and deliver prompt service, please have your Case Number (located at the top of this letter) accessible when you call our support number.

LexisNexis® Consumer Center

Consumer Number: 7867854

Case Number: 22262524

January 02, 2025

STEPHEN BERNARD HOWARD
1812 W 25TH ST
HOUSTON, TX 77008



Dear STEPHEN BERNARD HOWARD,

RE: Results of Reseller Dispute

*Please be advised that you may receive multiple communications if you disputed multiple items in your LexisNexis file.*

You recently contacted LexisNexis® Risk Solutions (LexisNexis) regarding information associated to your file. In accordance the Fair Credit Reporting Act (FCRA) (15 U.S.C. § 1681 et seq.), LexisNexis filed your dispute regarding the following data with the listed entity.

Dispute Date: 12/18/2024
Dispute Filed With: Experian

We have disputed this information on your behalf with the credit bureau listed below, but have not received a response from it. Should you wish to dispute any information on file with that entity, we are providing the following contact information:

Experian
P.O. Box 4500
Allen, TX 75013
866-200-6020
www.experian.com

Please visit us at **https://consumer.risk.lexisnexis.com** to learn more about the personal information LexisNexis Risk Solutions maintains about you in accordance with the Fair Credit Reporting Act.

LexisNexis Consumer Center
Attention: Reseller
P.O. Box 105289
Atlanta, GA 30348-5289

Consumers with disabilities or who need other special assistance can email us:
**Accessibility@lexisnexisrisk.com**



**Further Information**
If you have any further questions, you may contact the LexisNexis Risk Solutions Consumer Center via email at Consumer.Documents@LexisNexis.com or by phone at 866-323-0932. The LexisNexis Risk Solutions Consumer Center hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern Time. In an effort to protect your privacy and

 An official website of the United States Government

cfpb   Consumer Financial
       Protection Bureau
       (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 241218-17503431

**CLOSED**

✓ **Submitted**

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 12/17/2024 | Credit reporting or other personal consumer reports | Incorrect information on your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

The credit reporting agencies repeated and willful violations of my rights under the Fair Credit Reporting Act. The CRAs have failed to comply with their legal obligations under the FCRA, resulting in substantial inaccuracies and misreporting on my consumer credit report. The supporting documentation highlights the discrepancies in account details, the statements of stating of disputed accounts verified as accurate, verified as being my account and that the company reporting the account verified as accurate even though documentation from federal court the alleged original creditor stating that they do not report or verify account information. Violations of the FCRA: 1. Failure to Assure Maximum Possible Accuracy (15 U.S.C. § 1681e(b)). The CRAs are obligated to follow reasonable procedures to ensure the maximum possible accuracy of the information they report. However, my credit report contains multiple discrepancies (see attached), including: - Conflicting balances, high credit amounts, and statuses for the same accounts. - Inconsistent last reported, last active, and last payment dates. - Accounts marked as "charged off" but still reflecting balances. These inaccuracies indicate that the CRAs failed to implement and maintain reasonable verification procedures. 2. Failure to Investigate and Correct Inaccuracies in Disputes (15 U.S.C. § 1681i) o Under § 1681i, CRAs must conduct a reasonable reinvestigation when a consumer disputes the accuracy of information. Despite my multiple disputes regarding the inaccurate accounts and a bankruptcy entry, the CRAs continued to report the information as verified without providing any documentation to substantiate their claims. 3. Improper Reporting and Verification of Bankruptcy Information (15 U.S.C. § 1681e(b) & § 1681c). The bankruptcy reported on my credit file was verified by the CRAs as accurate. However, correspondence from the U.S. Bankruptcy Court for the Southern District confirms that the court does not verify or report consumer information. This indicates that the CRAs either falsified the verification process or failed to properly verify the information as required under § 1681e(b). Furthermore, bankruptcy information must be reported accurately and only within permissible time frames, as stated in § 1681c. 4. Failure to Verify Information Directly with the Original Creditor (15 U.S.C. § 1681s-2(a)). According to § 1681s-2(a), the responsibility for furnishing accurate information lies with the original creditors. The CRAs, however, have not provided any evidence that the disputed accounts were verified with the original creditors. This constitutes a failure to ensure compliance with the requirements of § 1681e(b).

**ATTACHMENTS**

Dec Personal Report.pdf (1.2 MB)    CFPB History.pdf (586.4 KB)    Clerk of Court Letter.pdf (180.9 KB)    548e520b-52df-4e43-8be8-f7595dc38eab.pdf (1.6 MB)    evelope.pdf (240.6 KB)    SHOWARD ID.pdf (4.2 MB)    Experian Dispute.pdf (1.4 MB)

View full complaint ⊕

## ✓ Sent to company

**STATUS**
Sent to company on 12/17/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company still working

**STATUS**
Company response is in progress as of 12/18/2024

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Thank you for submitting your complaint on December 17, 2024, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We will review your complaint and act accordingly. Once the review is completed a final response will be forwarded to you to view. For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian. Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experianâ€™s dispute center by visitingwww.experian.com/dispute. Thank you for submitting your complaint through the CFPB Complaint Portal. It is our policy to respond to consumer disputes swiftly and to take each one seriously. We appreciate you letting us know about your experience with Experian. Experian's Official Credit Advice Blog Credit advice with readers' questions answered by Experian's experts. Popular topics from credit reports and scores to life events, id theft and fraud. Experian's Official Credit Advice Blog Credit advice with readers' questions answered by Experian's experts. Popular topics from credit reports and scores to life events, id theft and fraud.

 Company
responded

**STATUS**

Company
responded
on
2/15/2025

**RESPONSE
TYPE**

Closed with
explanation

## Company's Response

Thank you for submitting your complaint on December 17, 2024, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company.  We have reviewed and considered the information you have supplied through the CFPB portal and directly to Experian. In your complaint, you are requesting to have an account removed from your credit report. Per your request to conduct a reinvestigation, we contacted the data furnisher(s) for the disputed items on your Experian credit report and asked them to verify the accuracy of the information with which you disagree. They responded and verified that the remaining disputed information was accurate as reported. Other aspects of the disputed item(s) may have also been updated by the data furnisher(s). The result summary was sent to you for review. According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue. We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information and send you the results. In some instances, we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess. If you disagree with the results of the reinvestigations, it is your legal right, under the FCRA, to add a 100-word statement specifying the nature of your dispute. The consumer statement will appear on your credit report and be viewable upon inquiry. If you would like our assistance in providing a concise statement, please contact us directly at the telephone number or address provided on your personal credit report and we would be happy to assist you. You may refer to the credit report that you received for the name, phone number (if available) and address of the data furnisher who verified that information. Please note that accurate information cannot be deleted. Potentially negative items, such as missed or late payments, remains on the personal credit report for seven years from the date of the original missed payment. Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experian's dispute center by visiting www.experian.com/dispute. For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian. Thank you for submitting your dispute through the CFPB Complaint Portal. It is our policy to respond to consumer complaints swiftly and to take each complaint seriously. We appreciate you letting us know about your experiences with Experian.

 Feedback
requested

**STATUS**

Feedback
requested
on
2/15/2025

**FEEDBACK
DUE**

4/16/2025

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when
the company responded to share your feedback. The CFPB will share your feedback responses with the company
and use the information to help the CFPB's work with consumer complaints.

 Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

  Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government



**Prepared For**

# STEPHEN HOWARD

Personal & confidential

**Date generated:** Aug 8, 2025

## At a glance



### FICO® Score 8

You may not have enough credit history for us to generate your FICO® Score 8.

300 ————————————————————————— 850

FICO SCORE 8

### Account summary

| | |
|---|---|
| Open accounts | 2 |
| Self-reported accounts | 0 |
| Accounts ever late | 2 |
| Closed accounts | 0 |
| Collections | 0 |
| Average account age | 5 yrs 3 mos |
| Oldest account | 10 yrs 8 mos |

### Overall credit usage



**0 %**

■ Credit used: **$0**
▢ Credit limit: **$300**

### Debt summary

| | |
|---|---|
| Credit card and credit line debt | $0 |
| Self-reported account balance | $0 |
| Loan debt | $0 |
| Collections debt | $0 |
| Total debt | $0 |

 **experian.**

# Personal information

| Name | Addresses | Employers |
|------|-----------|-----------|
| **STEPHEN HOWARD** | **1812 W 25TH ST** | - |
| | **HOUSTON, TX 77008-1431** | |
| Also known as | | |
| - | **816 18TH ST** | |
| | **PORT ARTHUR, TX 77640-** | |
| Year of birth | **3561** | |
| **1976** | | |
| | **CEASE DESIST** | |
| | **HOUSTON, TX 77008** | |

## Personal statements

06& 06-24-22 0000000 ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 713-828-9900 OR EVENING 713-828-9900 . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 06-24-22.



# Public records

| Bankruptcy chapter 13-dismissed |
|---|
| Filed on Apr 1, 2025 |
| Reference number:<br>2531838CML |
| Court:<br>US BKPT CT TX HOUSTON |

| Bankruptcy chapter 13-dismissed |
|---|
| Filed on Feb 5, 2024 |
| Reference number:<br>2430453CML |
| Court:<br>US BKPT CT TX HOUSTON |