United States District Court
Southern District of Texas
**ENTERED**
March 04, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Stephen Howard, *Plaintiff,* | § § § § § § § | |
| v. | | Civil Action H-25-3875 |
| Experian Information Services, LLC, *Defendant.* | | |

## ORDER

On February 10, 2026, Magistrate Judge Peter Bray *sua sponte* recommended that the court dismiss this case with prejudice for failure to prosecute. ECF No. 20. The parties were provided with notice and opportunity to object to the magistrate judge's recommendation. No objections were filed. The court has reviewed the recommendation and finds no error in law or fact. The court therefore **ADOPTS** the Memorandum and Recommendation as its Memorandum and Opinion. This case is **DISMISSED WITH PREJUDICE**.

A separate final judgment will be entered.

SIGNED at Houston, Texas, this __4__ day of March, 2026.

_____

ANDREW S. HANEN
SENIOR UNITED STATES DISTRICT JUDGE